**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**MARSHALL DIVISION**

| | | |
|---|---|---|
| KENT KILLMER, | § | |
| | § | |
| vs. | § | CASE NO. 2:07-CV-76 |
| | § | |
| ELECTRONIC DATA SYSTEMS CORP. | § | |

**FINAL JUDGMENT**

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, the court hereby renders final judgment in conformity with the jury verdict delivered on April 16, 2008. Accordingly, the court enters judgment in favor of the defendant that the plaintiff take nothing by way of his claims. It is therefore ORDERED, ADJUDGED AND DECREED that all of the plaintiff's claims against the defendant are DISMISSED WITH PREJUDICE. All pending motions are denied as moot. Costs of court are taxed against the plaintiff. All relief not expressly granted is denied.

SIGNED this 2nd day of May, 2008.

_____
T. JOHN WARD
UNITED STATES DISTRICT JUDGE